JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada  89102
Telephone:  (702) 405-0001
Email: john@wrightlawgroupnv.com

*Attorneys for Defendants*
*VINTAGE, INC. dba VINTAGE POOLS and*
*SARAH JACKSON*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>VINTAGE, INC. dba VINTAGE POOLS; SARAH JACKSON; and DOES 1 through X, and ROE CORPORATIONS, 1 through X, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-1828<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS VINTAGE, INC. dba VINTAGE POOLS and SARAH JACKSON TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (ECF #3) AND TEMPORARY RESTRAINING ORDER (ECF #4)**<br><br>**(FIRST REQUEST)** |

COMES NOW, Defendants VINTAGE, INC. dba VINTAGE POOLS and SARAH JACKSON("Defendants"") by and through their counsel of record, John Henry Wright, Esq., of The Wright Law Group, P.C., and Plaintiff PHILADELPHIA INDEMNITY INSURANCE COMPANY("PIIC") by and through its attorney, Kurt C. Faux, Esq., of The Faux Law Group, and hereby stipulate and agree as follows:

PIIC filed its Complaint  (ECF # 1), Motion for Preliminary Injunction (ECF #3) and Temporary Restraining Order (ECF #4) on September 30, 2024.  On October 8, 2024 Defendants were served with the Summons and Complaint (ECF # 9). The Defendants have failed to appear, file an answer to the Complaint or oppose the motions. On November 26, 2024 the Court issued a Minute Order (ECF #10) directing the Defendants to file their  response to Plaintiff's Motion for

Preliminary Injunction (ECF #3) and Temporary Restraining Order (ECF #4) by December 10, 2024.

The parties are currently negotiating and the underlying state lawsuit has been settled pending finalization of the settlement agreement currently with counsel for plaintiff in the underlying state case and Mr. Faux. Therefore the parties have agreed to extend the current deadline to oppose Plaintiff's Motion for Preliminary Injunction (ECF #3) and Temporary Restraining Order (ECF #4) by thirty days along with a continuation of the deadline set by the Court in its November 26, 2024 Minute Order.

**IT IS HEREBY AGREED AND STIPULATED**, that the deadline for Defendants to file a response to Plaintiff's Motion for Preliminary Injunction (ECF #3) and Temporary Restraining Order (ECF #4) shall be extended until January 9, 2025.

The parties have entered into the agreement and good faith and not for any improper purpose or delay. This is the parties' first request for an extension.

Dated this 9th day of December, 2024.

**THE FAUX LAW GROUP**

/s/Kurt C. Faux, Esq.
Kurt C. Faux, Esq.
Nevada Bar No. 003407
Willi H. Siepmann, Esq.
Nevada Bar No. 002478
2625 N. Green Valley Pkwy., Suite 100
Henderson, NV 89014

*Attorneys for Plaintiff PHILADELPHIA INDEMNITY INSURANCE COMPANY*

Dated this 9th day of December, 2024.

**THE WRIGHT LAW GROUP, P.C.**

/s/ John Henry Wright, Esq.
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Ste. D-305
Las Vegas, Nevada 89102

*Attorneys for Defendants
VINTAGE, INC. dba VINTAGE POOLS and
SARAH JACKSON*

**IT IS SO ORDERED.**



_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**

**DATED:** This 9th day of December, 2024.



**THE WRIGHT LAW GROUP P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

2