JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada  89102
Telephone:  (702) 405-0001
Email: john@wrightlawgroupnv.com

*Attorneys for Defendants*
*VINTAGE, INC. dba VINTAGE POOLS and*
*SARAH JACKSON*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF  NEVADA**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>VINTAGE, INC. dba VINTAGE POOLS; SARAH JACKSON; and DOES 1 through X, and ROE CORPORATIONS, 1 through X, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-1828<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS VINTAGE, INC. dba VINTAGE POOLS and SARAH JACKSON TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (ECF #3) AND TEMPORARY RESTRAINING ORDER (ECF #4)**<br><br>**(SECOND REQUEST)** |



COME NOW, Defendants VINTAGE, INC. dba VINTAGE POOLS and SARAH JACKSON("Defendants"") by and through their counsel of record, John Henry Wright, Esq., of The Wright Law Group, P.C., and Plaintiff PHILADELPHIA INDEMNITY INSURANCE COMPANY("PIIC") by and through its attorney, Kurt C. Faux, Esq., of The Faux Law Group, and hereby stipulate and agree as follows:

PIIC filed its Complaint  (ECF # 1), Motion for Preliminary Injunction (ECF #3) and Temporary Restraining Order (ECF #4) on September 30, 2024.  On October 8, 2024 Defendants were served with the Summons and Complaint (ECF # 9).   On November 26, 2024 the Court issued a Minute Order (ECF #10) directing the Defendants to file their  response to Plaintiff's Motion for Preliminary Injunction (ECF #3) and Temporary Restraining Order (ECF #4) by December 10, 2024.

1  The parties are currently negotiating and the underlying state lawsuit has been settled
2  pending finalization of the settlement agreement currently with counsel for plaintiff in the
3  underlying state case and Mr. Faux. Defendants have already partially performed under the terms
4  of settlement agreement.

5  Therefore, the parties to the instant case hereby agree and request the Court's consent to
6  extend the current deadline to oppose Plaintiff's Motion for Preliminary Injunction (ECF #3) and
7  Temporary Restraining Order (ECF #4) by thirty days along with a continuation of the deadline set
8  by the Court in its November 26, 2024 Minute Order.

9  **IT IS HEREBY AGREED AND STIPULATED**, that the deadline for Defendants to file
10 a response to Plaintiff's Motion for Preliminary Injunction (ECF #3) and Temporary Restraining
11 Order (ECF #4) shall be extended until January 30, 2025.

12 The parties have entered into the agreement and good faith and not for any improper
13 purpose or delay. This is the parties' second request for an extension.

15 Dated this 3rd day of January, 2025.                     Dated this 3rd day of January, 2025.

16 **THE FAUX LAW GROUP**                                   **THE WRIGHT LAW GROUP, P.C.**

17 /s/ Kurt C. Faux, Esq.                                   /s/ John Henry Wright, Esq.
18 Kurt C. Faux, Esq.                                       JOHN HENRY WRIGHT, ESQ.
   Nevada Bar No. 003407                                    Nevada Bar No. 6182
19 Willi H. Siepmann, Esq.                                  2340 Paseo Del Prado, Ste. D-305
   Nevada Bar No. 002478                                    Las Vegas, Nevada 89102
20 2625 N. Green Valley Pkwy., Suite 100
   Henderson, NV 89014                                      *Attorneys for Defendants*
                                                            *VINTAGE, INC. dba VINTAGE POOLS and*
21 *Attorneys for Plaintiff PHILADELPHIA*                   *SARAH JACKSON*
22 *INDEMNITY INSURANCE COMPANY*

24 **IT IS SO ORDERED.**



**RICHARD F. BOULWARE, II**

**UNITED STATES DISTRICT JUDGE**

**DATED** this 5th of January 2025.

2