KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Pkwy, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
wsiepmann@fauxlaw.com
jfaux@fauxlaw.com
*Attorneys for Philadelphia Indemnity Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>VINTAGE, INC. dba VINTAGE POOLS; SARAH JACKSON; and DOES I through X, and ROE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-1828-RFB-NJK<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE** |

Plaintiff, Philadelphia Indemnity Insurance Company ("Philadelphia"), by and through its attorneys of record, the Faux Law Group, and Defendants Vintage, Inc. dba Vintage Pools and Sarah

///

///

///

///

///

1

Jackson, by and through their attorneys of record, The Wright Law Group, P.C., hereby stipulate and agree, pursuant to FRCP 41(a)(1)(A)(ii), that Philadelphia's Complaint be dismissed, without prejudice.

DATED this 27th day of January, 2025

**THE FAUX LAW GROUP**

By: */s/ Kurt C. Faux*
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
2625 N. Green Valley Pkwy, #100
Henderson, Nevada 89014
*Attorneys for Philadelphia Indemnity Insurance Company*

DATED this 27th day of January, 2025.

**THE WRIGHT LAW GROUP, P.C.**

*/s/ John Henry Wright*
John Henry Wright, Esq.
Nevada Bar No. 6182
2340 Paseo Del Prado, Ste. D-305
Las Vegas, NV 89102
*Attorneys for Defendants Vintage, Inc., dba Vintage Pools and Sarah Jackson*

IT IS SO ORDERED:

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED: This 28th day of January, 2025.

Submitted by:

**THE FAUX LAW GROUP**

By: */s/ Kurt C. Faux*
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
2625 N. Green Valley Pkwy, #100
Henderson, Nevada 89014
*Attorneys for Philadelphia Indemnity Insurance Company*